**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7004**

_____

BILLY F. LARKIN,

                Plaintiff - Appellant,

     v.

CAROLINA BEACH POLICE DEPARTMENT; HARRY B. HUMPHRIES; W. ALLEN COBB; JASON W. SMITH; RUSSELL DAVIS,

                Defendant - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:19-ct-03047-BO)

_____

Submitted:  November 21, 2019             Decided:  November 26, 2019

_____

Before KEENAN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Billy F. Larkin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy F. Larkin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Larkin v. Carolina Beach Police Dep't*, No. 5:19-ct-03047-BO (E.D.N.C. June 20, 2019).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*